

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CEDRIC L. HARVEY                    CIVIL ACTION NO. 13-cv-2970

VERSUS                              JUDGE FOOTE

CITY OF SHREVEPORT, ET AL           MAGISTRATE JUDGE HORNSBY

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Motion for Summary Judgment (Doc. 38)** is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___31___ day of November, 2014.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE