U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV - 4 2014

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CEDRIC L. HARVEY | CIVIL ACTION NO. 13-cv-2970 |
| VERSUS | JUDGE FOOTE |
| CITY OF SHREVEPORT, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Marshal Caldwell's **Motion for Summary Judgment (Doc. 56)** is **granted** and all claims against him are **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that all claims against the City Marshal's Office are **dismissed**.

All claims against all parties have now been resolved, so this final judgment is issued in accordance with Fed. R. Civ. Pro. 58.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____3rd____ day of November, 2014.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE